# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 8, 2023

*By the Court:*

| No. 22-3222 | MAURICE J. SALEM, <br>    Plaintiff - Appellant <br> v. <br> ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION, an Illinois state agency, and JEROME LARKIN, officially and individually, <br>    Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-06531 <br> Northern District of Illinois, Eastern Division <br> District Judge John J. Tharp ||

Upon consideration of the **MOTION TO RECUSE THIS COURT**, filed on March 3, 2023, by counsel for the appellant,

**IT IS ORDERED** that the motion is **DENIED**.