# United States Court of Appeals

## For the Seventh Circuit
## Chicago, Illinois 60604

October 27, 2023

## Before

FRANK H. EASTERBROOK, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DORIS L. PRYOR, *Circuit Judge*

| | |
|---|---|
| No. 22-3222 <br><br> MAURICE J. SALEM, <br>     *Plaintiff-Appellant*, <br><br>     *v.* <br><br> ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF THE SUPREME COURT OF ILLINOIS and JEROME LARKIN, its Administrator, in official and individual capacities, <br>     *Defendants-Appellees*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 20-CV-06531 <br><br> John J. Tharp, Jr., <br> *Judge*. |

## O R D E R

Our opinion ordered Maurice Salem to show cause why he should not be penalized for frivolous litigation. He chose not to respond to that order, except by referring to his petition for rehearing. The petition for rehearing is full of invective but does not demonstrate that the appeal was anything other than frivolous. Many of the panel's principal holdings are not even mentioned, so Salem has bypassed any opportunity to show that the bulk of his arguments were legally plausible.

As our opinion observed, Salem has been sanctioned in other cases and has failed to pay. Under the circumstances, a substantial penalty in this case is appropriate and will be joined with an order that will prevent Salem from burdening other parties with the expense of litigation until he has satisfied all outstanding sanctions.

We fine Salem $5,000, payable immediately to the Clerk of Court. Until this fine and all sanctions imposed in other cases have been paid in full, Salem is forbidden from litigating as either attorney or a party in any court of this circuit. Clerks of court will return, unfilled, any papers that Salem tenders. See *Support Systems International, Inc. v. Mack*, 45 F.3d 185 (7th Cir. 1995). This limit does not apply to criminal litigation or to any collateral attack on a criminal judgment against Salem. Salem may request relief from this order at any time with proof that all sanctions have been satisfied, or in two years with details about what remains to be paid and why full payment has not been made.